**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41697-JBS |
| | § | |
| ROBERT JAMES ANDERSON | § | |
| CAREESE JEANATTA ANDERSON | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/30/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/31/2012                        By:  /s/ David P. Leibowitz
                                                           (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-41697-JBS |
| | § | |
| ROBERT JAMES ANDERSON | § | |
| CAREESE JEANATTA ANDERSON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $9,423.00
*and approved disbursements of*          $2,080.57
*leaving a balance on hand of[1] :*          $7,342.43

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $7,342.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,485.77 | $0.00 | $1,485.77 |
| David P. Leibowitz, Trustee Expenses | $2.75 | $0.00 | $2.75 |

Total to be paid for chapter 7 administrative expenses:      $1,488.52
Remaining balance:      $5,853.91

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $5,853.91 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,853.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,132.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for Target | $395.47 | $0.00 | $190.81 |
| 2 | US BANK N.A. | $565.59 | $0.00 | $272.89 |
| 3 | Portfolio Recovery Associates, LLC c/o Sears | $823.45 | $0.00 | $397.31 |
| 4 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA | $8,857.22 | $0.00 | $4,273.52 |
| 5 | Portfolio Recovery Associates, LLC c/o Capital One Bank, N.a. | $1,490.98 | $0.00 | $719.38 |

|  | Total to be paid to timely general unsecured claims: | $5,853.91 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-41697-JBS
Robert James Anderson                                                   Chapter 7
Careese Jeanatta Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen               Page 1 of 3               Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db/jdb       +Robert James Anderson,    Careese Jeanatta Anderson,    9646 S. Wallace St.,
               Chicago, IL 60628-1140
17920843     +AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
17920879     +American Coradius Int'l LLC,    Bankruptcy Department,    2420 Sweet Home Rd., #150,
               Amherst, NY 14228-2244
17920849     +Blitt and Gaines, PC,    Bankruptcy Department,    661 Glenn Ave.,   Wheeling, IL 60090-6017
17920860    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
17920847     +Capital One,   C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
17920883     +Chicago Firemans CU,    Bankruptcy Dept,   2453 S. Archer Ave Ste EF,    Chicago, IL 60616-2169
17920876     +Chicago Firemans Credit Union,    Bankruptcy Department,    2453 S. Archer Ave.,
               Chicago, IL 60616-2169
17920848     +Clerk, First Mun Div,    Doc #11 M1 107268,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
17920874     +Clerk, First Mun Div,    Doc #11 M1 117174,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
17920841     +Columbia House,   c/o National Recovery Agency,    2491 Paxton St.,   Harrisburg, PA 17111-1036
17920851     +Creditors Discount & Audit Co.,    Attn: Bankruptcy Dept.,    415 E Main St,
               Streator, IL 61364-2927
17920882     +Curtis O Barnes,    Attn: Bankruptcy Dept.,    PO Box 1390,   Anaheim, CA 92815-1390
17920853     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17920854     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
17920859     +HSBC Bank,    Attn: Bankruptcy Dept.,    Po Box 5253,   Carol Stream, IL 60197-5253
17920866     +Home Depot Credit Svc/Citicard,    Attn: Bankruptcy Dept.,    Po Box 6497,
               Sioux Falls, SD 57117-6497
17920867     +Home Depot Credit Svc/Citicard,    Bankruptcy Department,    PO Box 20483,
               Kansas City, MO 64195-0483
17920846     +Key Recovery,    Attn: Bankruptcy Dept.,    127 Public Sq,   Cleveland, OH 44114-1217
17920878     +M3 Financial Services,    Bankruptcy Department,    PO Box 7230,    Westchester, IL 60154-7230
17920880     +Mason,    Attn: Bankruptcy Dept.,    PO Box 77001,   Madison, WI 53707-1001
18758460    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,
               POB 41067,   Norfolk VA 23541)
17920881      Recovery Partners,    Attn: Bankruptcy Dept.,    4137 N. Marshall Way,   Scottsdale, AZ 85251
17920868     +Roamans/WFNNB,    Attn: Bankruptcy Dept.,    Po Box 182121,   Columbus, OH 43218-2121
17920852     +Rockford Mercantile,    Attn: Bankruptcy Dept.,    2502 S Alpine Rd,   Rockford, IL 61108-7813
17920862     +Sears Bankruptcy Recovery,    Citibank USA Sears,    PO Box 20363,   Kansas City, MO 64195-0363
17920861     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
17920869     +Target National Bank,    Attn: Bankruptcy Dept.,    Po Box 673,   Minneapolis, MN 55440-0673
17920850     +Toyota Motor Credit,    Attn: Bankruptcy Dept.,    1111 W 22Nd St Ste 420,
               Oak Brook, IL 60523-1959
17920855     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
18649940    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI,OH 45201-5229)
17920858     +US Bank Hogan,    Attn: Bankruptcy Dept.,    Po Box 5227,   Cincinnati, OH 45201-5227
17920877     +University of Chicago Hospital,    Bankruptcy Department,    1122 Paysphere Circle,
               Chicago, IL 60674-0011
18750474      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
17920865     +Worlds Foremost Bank,    Attn: Bankruptcy Dept.,    4800 Nw 1St St Ste 300,
               Lincoln, NE 68521-4463
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17920842     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 02 2012 04:55:21     AT&T,   C/O NCO FIN/22,
               507 Prudential Rd,   Horsham, PA 19044-2308
17920844     +E-mail/Text: Bankruptcy@icsystem.com Aug 02 2012 04:43:10     AT&T SE Formerly Bellsouth,
               C/O I C System INC,    Po Box 64378,   Saint Paul, MN 55164-0378
18413405      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 04:52:00
               American InfoSource LP as agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17920864     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 03:11:57     JC Penney/GEMB,
               Attn: Bankruptcy Dept.,    Po Box 984100,   El Paso, TX 79998-4100
17920857     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:04:30     QVC/GEMB,   Attn: Bankruptcy Dept.,
               Po Box 971402,   El Paso, TX 79997-1402
17920856     +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:06:50     Sam's Club/GEMB,
               Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
                                                                                              TOTAL: 6
```

```
District/off: 0752-1           User: rgreen              Page 2 of 3                  Date Rcvd: Aug 01, 2012
                               Form ID: pdf006          Total Noticed: 41


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17920845*    +AT&T,   Bankruptcy Dept.,   1585 Waukegan Road,    Waukegan, IL 60085-6727
17920875*    +Blitt and Gaines, PC,   Bankruptcy Department,   661 Glenn Ave.,   Wheeling, IL 60090-6017
17920863*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
17920871*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
17920872*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
17920873*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
               Richmond, VA 23285)
17920870*    +HSBC Bank,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
18731539*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Sears,   PO Box 41067,
               Norfolk VA 23541)
                                                                                             TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: rgreen              Page 3 of 3                  Date Rcvd: Aug 01, 2012
                               Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:

        David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Mario M Arreola    on behalf of Debtor Robert Anderson ndil@geracilaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                             TOTAL: 3